UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TANISHA SOLOMON individually and obo her four minor children, DS, SS, KQ, and KS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DETECTIVE THOMAS MURPHY, UNKNOWN )<br>OFFICERS, MIKE BUSSIERE, Lewiston Chief of )<br>Police, and CITY OF LEWISTON )<br>)<br>)<br>Defendants ) | **Docket No. 2:16-cv-00419-JAW** |

**MOTION TO SEAL**

NOW COME the Plaintiffs, by and through undersigned counsel, and hereby move this Court to SEAL the Stipulation of Dismissal filed on March 9, 2017.  The grounds for this Motion are that undersigned counsel inadvertently included the minor Plaintiffs full names.  Undersigned counsel has since refiled the document with the minor Plaintiffs initials.  Defendants offer no objection.

Dated: 3/10/2017                                                          /s/ Michael J. Waxman
                                                                                      Attorney for Plaintiffs