## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| TANISHA SOLOMON individually and obo her four minor children, DS, SS, KQ, and KS | ) ) ) | |
|     Plaintiff | ) ) | |
| v. | ) ) | **Docket No. 2:16-cv-00419-JAW** |
| DETECTIVE THOMAS MURPHY, UNKNOWN OFFICERS, MIKE BUSSIERE, Lewiston Chief of Police, and CITY OF LEWISTON | ) ) ) ) | |
|     Defendants | ) ) | |

### STIPULATION OF DISMISSAL

The parties, pursuant to Rule 41(1)(ii) hereby stipulate to the dismissal of the remaining counts and defendants of the Second Amended Complaint, ***with prejudice and without costs to any party***.

The parties hereby dismiss Count I and Defendant Thomas Murphy.  It is the parties' intention to dismiss all counts and all Defendants, ***with prejudice and without costs***.


FOR THE PLAINTIFFS


Dated: 3/15/2017                                       /s/ Michael J. Waxman
                                                                Attorney for Plaintiffs


FOR THE DEFENDANTS


Dated: 3/15/2017                                       /s/ Edward R. Benjamin
                                                                 Attorney for Defendants